FILE COPY



SHARON KELLER
PRESIDING JUDGE

LAWRENCE MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CATHY COCHRAN
ELSA ALCALA
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

ABEL ACOSTA
CLERK
(512) 463-1551

SIAN SCHILHAB
GENERAL COUNSEL
(512) 463-1600

October 15, 2014

District Clerk Dallas County
Gary Fitzsimmons
133 N. Riverfront Blvd., LB 12
Dallas, TX 75207-4300
* DELIVERED VIA E-MAIL *

Kathleen Walsh
Dallas County Public Defender's Office
133 N. Riverfront Blvd., LB-2
Dallas, TX 75207
* DELIVERED VIA E-MAIL *

District Attorney Dallas County
Craig Watkins
Appellate Section
133 N. Riverfront Blvd, LB 19
Dallas, TX 75207
* DELIVERED VIA E-MAIL *

Michael J. Sandlin
Assistant District Attorney
133 N. Riverfront Blvd., LB 19
Dallas, TX 75207-4399
* DELIVERED VIA E-MAIL *

Dallas County Judge, Crim Dist Ct No. 7
133 N. Riverfront Blvd., LB 11
Dallas, TX 75207-4313

5th Court Of Appeals Clerk
LISA MATZ
600 COMMERCE, 2ND FLOOR
Dallas, TX 75202
* DELIVERED VIA E-MAIL *

**Re:** BURT, LEMUEL CARL
**CCA No.** PD-1563-13
**Trial Court Case No.** F07-01438-Y

**COA No.** 05-09-00116-CR

The court has issued an opinion on the above referenced cause number.

Sincerely,

Abel Acosta, Clerk